AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

DANIEL KEO KUNG
11 Melrose Terrace
Lawrence, MA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: MJ #04-855 MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___June 28, 2004___ in ___Middlesex___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution custody and confinement under the laws of the Commonwealth of Massachusetts for: murder, in violation of Mass. Gen. L. c.265, sec. 1; and carrying a firearm without a license, in violation of Mass. Gen. L. c.269, sec. 10(a); which crimes are felonies under the laws of the Commonwealth of Massachusetts, from which said DANIEL KEO KUNG has fled.

in violation of Title ___18___ United States Code, Section(s) ___1073___.

I further state that I am a(n) ___Special Agent, FBI___ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-08-2004  @ 11:35 AM                    at    Boston, Massachusetts
Date                                                 City and State

Marianne B. Bowler, United States Magistrate Judge    _Marianne B. Bowler_ USMJ
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.