DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

UNITED STATES           )
                        )
        v.              )        Affidavit
                        )
DANIEL KEO KUNG         )

I, Todd I. Richards, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath, depose and state the following:

1. I have been a Special Agent for approximately 16 years, assigned to the Boston Division of the FBI, and currently assigned to the Lowell Resident Agency.

2. The Middlesex County District Attorney's Office has requested the assistance of the FBI in the location and apprehension of DANIEL KEO KUNG, date of birth: **** **, 1980, social security number: ***-**-2457. A copy of the letter requesting such assistance is attached hereto.

3. I have conducted an investigation and determined the following:

   a. On June 28, 2004, DANIEL KEO KUNG was charged with the crimes of MURDER in violation of Massachusetts General Law, Chapter 265, Section 1 and CARRYING A FIREARM WITHOUT A LICENSE in violation of Massachusetts General Law, Chapter 269, Section 10(a).

   b. The crime of MURDER is a felony offense punishable by a maximum penalty of Life imprisonment. The crime of CARRYING A FIREARM WITHOUT A LICENSE is a felony offense punishable by a maximum penalty of five years imprisonment.

   c. On June 28, 2004, a warrant was issued by the Lowell, Massachusetts District court for the arrest of DANIEL KEO KUNG.

   d. Law enforcement efforts to locate DANIEL KEO KUNG within the Commonwealth of Massachusetts since that date have been unsuccessful.

4. Following a diligent investigation by local, state and federal authorities, it has been determined that DANIEL KEO KUNG is no longer residing in the Commonwealth of Massachusetts.

1

| ☐ ARREST | ☐ HEARING | ☐ SUMMONS | ☐ WARRANT | COURT DIVISION |
|---|---|---|---|---|
| The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below. | | | | Lowell District Court<br>41 Hurd Street<br>Lowell, MA. 01852 |

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 6/26/04 | 6/24/04 | Lowell, MA |

NAME OF COMPLAINANT
Det. Chris Doolin

ADDRESS AND ZIP CODE OF COMPLAINANT
Lowell Police
50 Arcand Dr. Lowell, MA

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Daniel Reo KUNG
11 Melrose Terr.
Lawrence, MA

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Murder | 265 s.1 |
| 2. | Illeg. Poss. of a Firearm | 269 10c |
| 3. | | |
| 4. | | |

COURT USE ONLY → A hearing upon this complaint application will be held at the above court address on

DATE OF HEARING      TIME OF HEARING      COURT USE ONLY
                          AT

**CASE PARTICULARS — BE SPECIFIC**

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY | VALUE OF PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:
04-11244

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of JUL -- 2004

CLERK MAGISTRATE

X _____
SIGNATURE OF COMPLAINANT

**DEFENDANT IDENTIFICATION INFORMATION** — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 1/18/80 | Georgia | 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 | M | A | 5'6" | 140 | bro | blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | Phan KUNG | unk. |

**↓ COURT USE ONLY ↓**

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE**<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE**         **TYPE OF PROCESS**<br>☐ Sufficient evidence presented    ☐ Warrant<br>☐ Defendant failed to appear      ☐ Summons returnable ___ | |
| | ☐ Continued to ___ | |

COMMENTS

DC-CR2 (3/88)

| Lowell | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | Lowell District Court |
|---|---|---|
| | KUNG, DANIEL<br>11 MELROSE TERR.<br>LAWRENCE, MA | TO ANY AUTHORIZED OFFICER:<br>REASON FOR WARRANT |

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 01/18/1980 | M | A | 5'06" | 140 | BRO | BLK |

| C.C. # | SOCIAL SECURITY # |
|---|---|
| | 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 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 06/24/2004 | LOWELL |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| LAFERRIERE, PAUL | LOWELL PD - COMMUNIC |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 06/28/2004 | |

Reason for Warrant:
- [x] Representation of prosecutor that defendant may not appear unless arrested.
- [ ] Defendant failed to appear after being summoned to appear.
- [ ] Defendant failed to appear after recognizing to appear.
- [ ] Defendant failed to pay court ordered monies in the amount of $_____.
- [ ] Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
- [ ] Defendant failed to appear for Probation Surrender Hearing
- [ ] Other:

**COUNT-OFFENSE**
1 - 265/1 MURDER c265 §1

on 06/24/2004 did assault and beat PONARITH UONG, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION; must submit a DNA sample within 90 days of conviction pursuant to G.L. c.22E, §3.)

**COUNT-OFFENSE**
1 - 269/10/J FIREARM, CARRY WITHOUT LICENSE c269 §10(a)

on 06/24/2004 did knowingly have in his or her possession, or under his or her control in a vehicle, a firearm, as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, in violation of G.L. c.269, §10(a). (PENALTY: state prison not less than 2½ years, not more than 5 years; or jail or house of correction not less than 1 year, not more than 2½ years; no continuance with a finding, filing, or suspended sentence; no reduction of sentence, probation, parole, furlough, or sentence deduction until 1 year served; §10(c): firearm, rifle or shotgun to be ordered forfeited.)

**COUNT-OFFENSE**

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of ___ JUL - 1 2004

CLERK MAGISTRATE

**COUNT-OFFENSE**

COPY

THE COURT HAS ORDERED THAT A [x] WARRANT  [ ] DEFAULT WARRANT  ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| WITNESS: | FIRST JUSTICE | DATE OF ISSUE | CLERK MAGISTRATE/ASST CLERK |
|---|---|---|---|
| | | 06/28/2004 | |