UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 SEP -6  A 8: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. ) M.J. # 04-855-MBB
)
DANIEL KEO KUNG )
)

### DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Criminal Complaint and moves to vacate the warrant issued in the above-captioned matter. The defendant, DANIEL KEO KUNG was charged with unlawful flight to avoid prosecution, in violation of 18 U.S.C. §1073.

As grounds for this motion, the U.S. Attorney notes that on September 4, 2007, the U.S. Attorney's office was notified that the defendant has been apprehended by authorities in North Carolina. The requested dismissal is therefore in the interest of justice.

dated: September 5, 2007

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

Leave to file granted:

Marianne B. Bowler
United States Magistrate Judge